Edmond Tyler II, Washington, DC, pro se.

Christopher A. Bowen, Department of Justice, Washington, DC, for Respondent.

## ON MOTION

### ORDER

Edmond Tyler, II moves for reconsideration of the court's order denying his motion for leave to proceed in forma pauperis as incomplete.

Having now submitted a completed motion for leave to proceed in forma pauperis in this case, the court determines that the docketing fee may be waived.

Accordingly,

It Is Ordered That:

(1) The requirement to pay the docketing fee is waived. The motion for reconsideration is granted, the mandate recalled, the dismissal order vacated, and the petition for review reinstated.

(2) The Army should calculate its brief due date from the date of this order.

**Edmond TYLER, II, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2011–3098.

United States Court of Appeals, Federal Circuit.

Sept. 27, 2011.